

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,698-01

**EX PARTE DEREK D'ANDREW DELAROSA, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-3562-13-A(1) IN THE 92ND DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of aggravated assault and sentenced to fifteen years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Delarosa v. State*, No. 13-15-00478-CR (Tex. App.—Edinburg del. Oct. 12, 2007). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant raises many claims, including claims of ineffective assistance of trial and appellate counsel. There is no response from counsel in the record provided to this Court. Applicant has alleged facts that, if true, might entitle him to relief. *Strickland v. Washington*, 466 U.S. 668 (1984). Accordingly, the record should be developed. The trial court is the appropriate forum for findings

of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial and appellate counsel to respond to Applicant's claims of ineffective assistance by explaining counsels' representation of Applicant, including applicable strategy and tactical decisions. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law regarding the ineffective assistance of counsel claims Applicant has raised. The trial court may make any other findings and conclusions that it deems appropriate.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: January 15, 2020
Do not publish